**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————————

**No. 95-7825**

———————————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CEDRIC LEE COLEY, a/k/a Pee Wee,

Defendant - Appellant.

———————————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Chief District Judge. (CR-94-99, CA-95-941-5-F)

———————————————

Submitted: March 21, 1996          Decided: April 10, 1996

———————————————

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————————————

Affirmed by unpublished per curiam opinion.

———————————————

Cedric Lee Coley, Appellant Pro Se. Christine Blaise Hamilton, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

———————————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his 28 U.S.C. § 2255 (1988) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Coley</u>, Nos. CR-94-99, CA-95-941-5-F (E.D.N.C. Nov. 13, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2